■ ROBERT J. RAY, Appellant, v NATIONAL HOCKEY LEAGUE PLAYERS' ASSOCIATION et al., Respondents. [885 NYS2d 674]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered September 25, 2008. The order granted the motion of defendants to dismiss the complaint.

It is hereby ordered that the order so appealed from is

unanimously affirmed without costs for reasons stated at Supreme Court. Present—Hurlbutt, J.P., Centra, Pine and Gorski, JJ.